ABRAHAM GORDON, RESPONDENT, v. CITY OF NEW BRUNSWICK, APPELLANT.

Decided October 17, 1934.

Before BROGAN, CHIEF JUSTICE, and Justices PARKER and BODINE.

For the appellant, *William F. McCloskey* and *Thomas H. Hagerty*.

For the respondent, *Samuel D. Hoffman*.

PER CURIAM.

This appeal was submitted at the same time as the case of *Buckelew* v. *New Brunswick,* 113 *N. J. L.* 338, and on substantially similar evidence. In the Buckelew case the respondent was a farmer selling his produce; in the present case, respondent was a huckster, attending at the market to by his daily supply. This is the only distinction between the cases, and it is a distinction without a legal difference.

For the reasons stated in the Buckelew case and applicable here, the judgment under review will be affirmed.